THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DOROTHY REED, Defendant-Appellant.

(No. 12168;

Fourth District—April 4, 1974.

Opinion by Mr. PRESIDING JUSTICE SMITH.

John F. McNichols, Deputy Defender, of Springfield, for appellant.

No appearance for the People.